**COSMO LIGHTING INC., Appellant**

v.

**ORSTAR INDUSTRIAL CO. LTD., Appellee**

2017-1804

United States Court of Appeals, Federal Circuit.

February 13, 2018

ROBERT H. SLOSS, Procopio, Cory, Hargreaves and Savitch LLP, Palo Alto, CA, argued for appellant.

STEVEN HENDERSON WASHAM, Washam PLLC, Dallas, TX, argued for appellee.

(Taranto, Bryson, and Stoll, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Richard GRAMM, Appellant**

v.

**DEERE & COMPANY, Appellee**

2017-1252, 2017-1253

United States Court of Appeals, Federal Circuit.

February 13, 2018

JOHN COTTER, Larkin Hoffman Daly & Lindgren, Ltd., Minneapolis, MN, argued for appellant. Also represented by GLENNA GILBERT, KATHERINE E. MULLER, THOMAS J. OPPOLD, DAVID P. SWENSON.

GARY M. ROPSKI, Brinks Gilson & Lione, Chicago, IL, argued for appellee. Also represented by JAFON FEARSON, JOSHUA JAMES, LAURA A. LYDIGSEN, JEFFRY M. NICHOLS.

(Lourie, Dyk, and Taranto, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**